USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEKU CARTER,

                Plaintiff,

      -against-

CITY OF NEW YORK et al.,

                Defendants.

1:20-cv-3305 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from Plaintiff's counsel seeking leave to serve via email the two individual defendants named in the complaint, as well as an order requiring the City to provide their email addresses, because of the risk of spreading COVID-19 [ECF #13]. In that letter, counsel requests that, in the alternative, the Court grant Plaintiff leave to serve the named individual defendants via regular mail and an extension of time to serve them [ECF #13 at n.1]. The Court is also in receipt of the City's response opposing Plaintiff's request to serve via email, requesting that the Court grant Plaintiff leave to serve via regular mail and an extension of time, and requesting a stay of all deadlines imposed by Local Civil Rule 83.10 for 90 days [ECF #14]. And the Court is in receipt of Plaintiff's reply in further support of his request to serve via email [ECF #15]. The Court has carefully reviewed these submissions. IT IS HEREBY ORDERED that Plaintiff shall serve the individual defendants named in the complaint via regular mail by September 30, 2020. IT IS FURTHER ORDERED that all deadlines imposed by Local Civil Rule 83.10 are stayed until August 7, 2020.

**SO ORDERED.**

**Date:  June 30, 2020**
      **New York, NY**

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**